## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Veronica A. Florence-McPherson
                    Debtor(s)

CHAPTER 13

BKY. NO. 25-12012 AMC

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

Kindly enter my appearance on behalf of WATSON MORTGAGE CORPORATION and index same on the master mailing list.

Respectfully submitted,

/s/ *Denise Carlon*

Denise Carlon
23 Jun 2025, 12:07:55, EDT

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322