**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Veronica A. Florence-McPherson        CHAPTER 13
                    Debtor(s)

                                BKY. NO. 25-12012 AMC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of WATSON MORTGAGE CORPORATION and index same on the master mailing list.

                            Respectfully submitted,

                            /s/ *Denise Carlon*
                            Denise Carlon
                            23 Jun 2025, 12:07:55, EDT

                            KML Law Group, P.C.
                            701 Market Street, Suite 5000
                            Philadelphia, PA 19106-1532
                            (215) 627-1322