# Pay History

Select Year  2025

Search

| Pay Date | Check Number |
|---|---|
| 04/11/2025 | 48963686 |

| Gross Pay | Taxes |
|---|---|
| $455.28 | $82.88 |

| Deductions | Net Pay |
|---|---|
| $0.00 | $372.40 |

View Paystub

| Pay Date | Check Number |
|---|---|
| 04/04/2025 | 48908262 |

| Gross Pay | Taxes |
|---|---|
| $758.80 | $162.19 |

| Deductions | Net Pay |
|---|---|
| $0.00 | $596.61 |

View Paystub

| Pay Date | Check Number |
|---|---|
| 03/28/2025 | 48863340 |

| Gross Pay | Taxes |
|---|---|
| $607.04 | $121.89 |

| Deductions | Net Pay |
|---|---|
| $0.00 | $485.15 |

View Paystub

| Pay Date | Check Number |
|---|---|
| 03/21/2025 | 48804635 |

| Gross Pay | Taxes |
|---|---|
| $607.04 | $121.91 |

| Deductions | Net Pay |
|---|---|
| $0.00 | $485.13 |

View Paystub

| Pay Date | Check Number |
|---|---|
| 03/14/2025 | 48716872 |

| Gross Pay | Taxes |
|---|---|
| $758.80 | $162.19 |

| Deductions | Net Pay |
|---|---|
| $0.00 | $596.61 |

View Paystub

| Pay Date | Check Number |
|---|---|
| 03/07/2025 | 48687719 |

| Gross Pay | Taxes |
|---|---|
| $151.76 | $22.07 |

Deductions
$0.00

Net Pay
$1,525.88

View Paystub

Pay Date
05/16/2025

Check Number
49232935

Gross Pay
$607.04

Taxes
$121.89

Deductions
$0.00

Net Pay
$485.15

View Paystub

Pay Date
05/09/2025

Check Number
49179450

Gross Pay
$758.80

Taxes
$162.19

Deductions
$0.00

Net Pay
$596.61

View Paystub

Pay Date
04/25/2025

Check Number
49075904

Gross Pay
$758.80

Taxes
$162.20

Deductions
$0.00

Net Pay
$596.60

View Paystub

Pay Date
04/18/2025

Check Number
49003491

Gross Pay
$151.76

Taxes
$22.06

Deductions
$0.00

Net Pay
$129.70

View Paystub

Viewing 1 - 10 of 23

1   of 3

# Pay History

Select Year  2025

Search

| Pay Date | Check Number |
|---|---|
| 06/27/2025 | 49503479 |

| Gross Pay | Taxes |
|---|---|
| $900.00 | $199.66 |

| Deductions | Net Pay |
|---|---|
| $0.00 | $700.34 |

View Paystub

| Pay Date | Check Number |
|---|---|
| 06/20/2025 | 49481821 |

| Gross Pay | Taxes |
|---|---|
| $900.00 | $199.66 |

| Deductions | Net Pay |
|---|---|
| $0.00 | $700.34 |

View Paystub

| Pay Date | Check Number |
|---|---|
| 06/13/2025 | 49448412 |

| Gross Pay | Taxes |
|---|---|
| $900.00 | $199.66 |

| Deductions | Net Pay |
|---|---|
| $0.00 | $700.34 |

View Paystub

| Pay Date | Check Number |
|---|---|
| 06/06/2025 | 49414813 |

| Gross Pay | Taxes |
|---|---|
| $450.00 | $81.60 |

| Deductions | Net Pay |
|---|---|
| $0.00 | $368.40 |

View Paystub

| Pay Date | Check Number |
|---|---|
| 05/30/2025 | 49355166 |

| Gross Pay | Taxes |
|---|---|
| $1,125.00 | $259.38 |

| Deductions | Net Pay |
|---|---|
| $0.00 | $865.62 |

View Paystub

| Pay Date | Check Number |
|---|---|
| 05/23/2025 | 49298603 |

| Gross Pay | Taxes |
|---|---|
| $2,150.36 | $624.48 |

ESS NORTHEAST, LLC (300916)

2160 LAKESIDE CENTRE WAY, STE 302
KNOXVILLE, TN 37922
865-888-9244

OASIS OUTSOURCING ADMIN II, LLC
2054 VISTA PARKWAY STE 300
WEST PALM BEACH, FL 33411
OASIS WPB ESS TEAM 877-799-3035
Voucher #: 3623299  Sort Order: 5506

| Employee ID | Employee Name | Check Date | Period Start | Period End | Check No |
|---|---|---|---|---|---|
| YC7971 | VERONICA ALE FLORENCE-MCPHERSON | 04-04-2025 | 03-16-2025 | 03-22-2025 | 48908262 |

Fed Tax SS/Single            State Tax NA/0            Method Of Payment: Hourly

| Charge Date | Description | Rate | Hours/Units | Amount | Hours Worked | Loc | Position | Deductions/Taxes Description | Amount | Y-T-D |
|---|---|---|---|---|---|---|---|---|---|---|
| 03-17-2025 | PER DIEM PHILA | 151.7600 | 1.00 | 151.76 | 6.82 | T22023 | SUB-TEACHER | FEDERAL INCOME | 51.85 | 538.48 |
| 03-18-2025 | PER DIEM PHILA | 151.7600 | 1.00 | 151.76 | 6.82 | T22023 | SUB-TEACHER | MEDICARE - EE | 11.00 | 117.00 |
| 03-19-2025 | PER DIEM PHILA | 151.7600 | 1.00 | 151.76 | 6.82 | T22023 | SUB-TEACHER | SOCIAL SEC - EE | 47.05 | 500.28 |
| 03-20-2025 | PER DIEM PHILA | 151.7600 | 1.00 | 151.76 | 6.82 | T22023 | SUB-TEACHER | PA INCOME TAX | 23.30 | 247.75 |
| 03-21-2025 | PER DIEM PHILA | 151.7600 | 1.00 | 151.76 | 6.82 | T22023 | SUB-TEACHER | PA UNEMPLOYMENT | 0.53 | 5.64 |
|  |  |  |  |  |  |  |  | PHILADELPHIA,PH | 28.46 | 302.59 |

Totals: 5.00  758.80  34.10

| Type | DIRECT DEPOSIT Account | Amount |
|---|---|---|
| S | 59857 | 596.61 |

Net Pay: 596.61

Net Pay Y-T-D: 6,357.26

Total: 596.61                                    Total: 162.19   1,711.74

| Y-T-D EARNINGS Description | Amount | PAID TIME OFF Description | C/O | Accrued | Used | Available | EMPLOYER CONTRIBUTIONS Description | Amount | Y-T-D |
|---|---|---|---|---|---|---|---|---|---|
| PER DIEM PHILA | 8,069.00 | PHIL-SICK | 16.65 | 6.63 | 0.00 | 23.28 |  |  |  |

Total: 8,069.00            ** IMPORTANT NOTES **            Total: 0.00   0.00

PHR_SS_OASIS_ESS_CHECKS_V2

**Oasis**
A PAYCHEX company

ESS NORTHEAST, LLC
2160 Lakeside Centre Way STE 302
KNOXVILLE, TN 37922

48908262

04-04-2025

AMOUNT
***********0.00

Pay: Non-negotiable

To The Order Of: VERONICA ALE FLORENCE-MCPHERSON
7525 Devon Street, Philadelphia, PA
Bldg. E., Apt. E-104
PHILADELPHIA, PA 19119

Not-Negotiable

ESS NORTHEAST, LLC (300916)  
2160 LAKESIDE CENTRE WAY, STE 302  
KNOXVILLE, TN 37922  
865-888-9244  

OASIS OUTSOURCING ADMIN II, LLC  
2054 VISTA PARKWAY STE 300  
WEST PALM BEACH, FL 33411  
OASIS WPB ESS TEAM 877-799-3035  
Voucher #: 3641547  Sort Order: 5442  

| Employee ID | Employee Name | Check Date | Period Start | Period End | Check No |
|---|---|---|---|---|---|
| YC7971 | VERONICA ALE FLORENCE-MCPHERSON | 04-11-2025 | 03-23-2025 | 03-29-2025 | 48963686 |

Fed Tax SS/Single    State Tax NA/0    Method Of Payment: Hourly

### CURRENT EARNINGS DETAIL

| Charge Date | Description | Rate | Hours/Units | Amount | Hours Worked | Loc | Position |
|---|---|---|---|---|---|---|---|
| 03-24-2025 | PER DIEM PHILA | 151.7600 | 1.00 | 151.76 | 6.82 | T22023 | SUB-TEACHER |
| 03-26-2025 | PER DIEM PHILA | 151.7600 | 1.00 | 151.76 | 6.82 | T22023 | SUB-TEACHER |
| 03-27-2025 | PER DIEM PHILA | 151.7600 | 1.00 | 151.76 | 6.82 | T22023 | SUB-TEACHER |

### DEDUCTIONS / TAXES

| Description | Amount | Y-T-D |
|---|---|---|
| FEDERAL INCOME | 16.68 | 555.16 |
| MEDICARE - EE | 6.60 | 123.60 |
| SOCIAL SEC - EE | 28.23 | 528.51 |
| PA INCOME TAX | 13.98 | 261.73 |
| PA UNEMPLOYMENT | 0.32 | 5.96 |
| PHILADELPHIA,PH | 17.07 | 319.66 |

Totals:  3.00  455.28  20.46

| Type | DIRECT DEPOSIT Account | Amount |
|---|---|---|
| S | 59857 | 372.40 |

Net Pay: 372.40  
Net Pay Y-T-D: 6,729.66  

Total: 372.40    Total: 82.88  1,794.62

### Y-T-D EARNINGS

| Description | Amount |
|---|---|
| PER DIEM PHILA | 8,524.28 |

### PAID TIME OFF

| Description | C/O | Accrued | Used | Available |
|---|---|---|---|---|
| PHIL-SICK | 16.65 | 7.14 | 0.00 | 23.79 |

### EMPLOYER CONTRIBUTIONS

| Description | Amount | Y-T-D |
|---|---|---|

Total: 8,524.28     ** IMPORTANT NOTES **     Total: 0.00  0.00

PHR_SS_OASIS_ESS_CHECKS_V2

**Oasis**  
A PAYCHEX company

ESS NORTHEAST, LLC  
2160 Lakeside Centre Way STE 302  
KNOXVILLE, TN 37922  

48963686  
04-11-2025  

AMOUNT ***********0.00

Pay: **Non-negotiable**

To The Order Of: VERONICA ALE FLORENCE-MCPHERSON  
7525 Devon Street, Philadelphia, PA  
Bldg. E., Apt. E-104  
PHILADELPHIA, PA 19119  

Non-Negotiable

ESS NORTHEAST, LLC (300916)

2160 LAKESIDE CENTRE WAY, STE 302
KNOXVILLE, TN 37922
865-888-9144

OASIS OUTSOURCING ADMIN II, LLC
2054 VISTA PARKWAY STE 300
WEST PALM BEACH, FL 33411
OASIS WPB ESS TEAM 877-799-3035
Voucher #: 3659617  Sort Order: 5413

| Employee ID | Employee Name | Check Date | Period Start | Period End | Check No |
|---|---|---|---|---|---|
| YC7971 | VERONICA ALE FLORENCE-MCPHERSON | 04-18-2025 | 03-30-2025 | 04-05-2025 | 49003491 |

Fed Tax SS/Single    State Tax NA/0    Method Of Payment: Hourly

| Charge Date | Description | Rate | Hours/Units | Amount | Hours Worked | Loc | Position | Deductions/Taxes Description | Amount | Y-T-D |
|---|---|---|---|---|---|---|---|---|---|---|
| 04-04-2025 | PER DIEM PHILA | 151.7600 | 1.00 | 151.76 | 6.82 | T22023 | SUB-TEACHER | FEDERAL INCOME | 0.00 | 555.16 |
| | | | | | | | | MEDICARE - EE | 2.20 | 125.80 |
| | | | | | | | | SOCIAL SEC - EE | 9.40 | 537.91 |
| | | | | | | | | PA INCOME TAX | 4.66 | 266.39 |
| | | | | | | | | PA UNEMPLOYMENT | 0.11 | 6.07 |
| | | | | | | | | PHILADELPHIA,PH | 5.69 | 325.35 |

Totals:  1.00  151.76  6.82

| Type | Direct Deposit Account | Amount |
|---|---|---|
| S | 59857 | 129.70 |

Net Pay: 129.70
Net Pay Y-T-D: 6,859.36

Total: 129.70    Total: 22.06  1,816.68

| Y-T-D Earnings Description | Amount | Paid Time Off Description | C/O | Accrued | Used | Available | Employer Contributions Description | Amount | Y-T-D |
|---|---|---|---|---|---|---|---|---|---|
| PER DIEM PHILA | 8,676.04 | PHIL-SICK | 16.65 | 7.31 | 0.00 | 23.96 | | | |

Total: 8,676.04    ** IMPORTANT NOTES **    Total: 0.00  0.00

PHR_SS_OASIS_ESS_CHECKS_V2

## Oasis
A PAYCHEX company

49003491

04-18-2025

ESS NORTHEAST, LLC
2160 Lakeside Centre Way STE 302
KNOXVILLE, TN 37922

AMOUNT
***********0.00

Pay: **Non-negotiable**

To The Order Of:  VERONICA ALE FLORENCE-MCPHERSON
7525 Devon Street, Philadelphia, PA
Bldg. E., Apt. E-104
PHILADELPHIA, PA 19119

Non-Negotiable

```
ESS NORTHEAST, LLC (300916)                                                          OASIS OUTSOURCING ADMIN II, LLC
                                                                                     2054 VISTA PARKWAY STE 300
2160 LAKESIDE CENTRE WAY, STE 302                                                    WEST PALM BEACH, FL 33411
KNOXVILLE, TN 37922                                                                  OASIS WPB ESS TEAM 877-799-3035
865-888-9244                                                                         Voucher #: 3677637  Sort Order: 5479
```

| Employee ID | Employee Name | Check Date | Period Start | Period End | Check No |
|---|---|---|---|---|---|
| YC7971 | VERONICA ALE FLORENCE-MCPHERSON | 04-25-2025 | 04-06-2025 | 04-12-2025 | 49075904 |

Fed Tax SS/Single    State Tax NA/0    Method Of Payment: Hourly

| Charge Date | Description | Rate | Hours/Units | Amount | Hours Worked | Loc | Position | Deductions/Taxes Description | Amount | Y-T-D |
|---|---|---|---|---|---|---|---|---|---|---|
| 04-07-2025 | PER DIEM PHILA | 151.7600 | 1.00 | 151.76 | 6.82 | T22023 | SUB-TEACHER | FEDERAL INCOME | 51.85 | 607.01 |
| 04-08-2025 | PER DIEM PHILA | 151.7600 | 1.00 | 151.76 | 6.82 | T22023 | SUB-TEACHER | MEDICARE - EE | 11.01 | 136.81 |
| 04-09-2025 | PER DIEM PHILA | 151.7600 | 1.00 | 151.76 | 6.82 | T22023 | SUB-TEACHER | SOCIAL SEC - EE | 47.05 | 584.96 |
| 04-10-2025 | PER DIEM PHILA | 151.7600 | 1.00 | 151.76 | 6.82 | T22023 | SUB-TEACHER | PA INCOME TAX | 23.30 | 289.69 |
| 04-11-2025 | PER DIEM PHILA | 151.7600 | 1.00 | 151.76 | 6.82 | T22023 | SUB-TEACHER | PA UNEMPLOYMENT | 0.53 | 6.60 |
|  |  |  |  |  |  |  |  | PHILADELPHIA,PH | 28.46 | 353.81 |

Totals: 5.00  758.80  34.10

| Type | Direct Deposit Account | Amount | Net Pay |
|---|---|---|---|
| S | 59857 | 596.60 | 596.60 |

Net Pay Y-T-D: 7,455.96

Total: 596.60            Total: 162.20  1,978.88

| Y-T-D Earnings Description | Amount | Paid Time Off Description | C/O | Accrued | Used | Available | Employer Contributions Description | Amount | Y-T-D |
|---|---|---|---|---|---|---|---|---|---|
| PER DIEM PHILA | 9,434.84 | PHIL-SICK | 16.65 | 8.16 | 0.00 | 24.81 |  |  |  |

Total: 9,434.84    ** IMPORTANT NOTES **    Total: 0.00  0.00

PHR_SS_OASIS_ESS_CHECKS_V2

**Oasis**
A PAYCHEX company

49075904

ESS NORTHEAST, LLC
2160 Lakeside Centre Way STE 302
KNOXVILLE, TN 37922

04-25-2025

AMOUNT
**********0.00

Pay: Non-negotiable

To The Order Of: VERONICA ALE FLORENCE-MCPHERSON
7525 Devon Street, Philadelphia, PA
Bldg. E., Apt. E-104
PHILADELPHIA, PA 19119

Non-Negotiable

ESS NORTHEAST, LLC (300916)
2160 LAKESIDE CENTRE WAY, STE 302
KNOXVILLE, TN 37922
865-888-9244

OASIS OUTSOURCING ADMIN II, LLC
2054 VISTA PARKWAY STE 300
WEST PALM BEACH, FL 33411
OASIS WPB ESS TEAM 877-799-3035
Voucher #: 3709341   Sort Order: 3959

| Employee ID | Employee Name | Check Date | Period Start | Period End | Check No |
|---|---|---|---|---|---|
| YC7971 | VERONICA ALE FLORENCE-MCPHERSON | 05-09-2025 | 04-20-2025 | 04-26-2025 | 49179450 |

Fed Tax SS/Single     State Tax NA/0     Method Of Payment: Hourly

| Charge Date | Description | Rate | Hours/Units | Amount | Hours Worked | Loc | Position | Deductions/Taxes Description | Amount | Y-T-D |
|---|---|---|---|---|---|---|---|---|---|---|
| 04-21-2025 | PER DIEM PHILA | 151.7600 | 1.00 | 151.76 | 6.82 | T22023 | SUB-TEACHER | FEDERAL INCOME | 51.85 | 658.86 |
| 04-22-2025 | PER DIEM PHILA | 151.7600 | 1.00 | 151.76 | 6.82 | T22023 | SUB-TEACHER | MEDICARE - EE | 11.00 | 147.81 |
| 04-23-2025 | PER DIEM PHILA | 151.7600 | 1.00 | 151.76 | 6.82 | T22023 | SUB-TEACHER | SOCIAL SEC - EE | 47.05 | 632.01 |
| 04-24-2025 | PER DIEM PHILA | 151.7600 | 1.00 | 151.76 | 6.82 | T22023 | SUB-TEACHER | PA INCOME TAX | 23.30 | 312.99 |
| 04-25-2025 | PER DIEM PHILA | 151.7600 | 1.00 | 151.76 | 6.82 | T22023 | SUB-TEACHER | PA UNEMPLOYMENT | 0.53 | 7.13 |
|  |  |  |  |  |  |  |  | PHILADELPHIA,PH | 28.46 | 382.27 |

Totals:  5.00   758.80   34.10

| Type | Direct Deposit Account | Amount |
|---|---|---|
| S | 59857 | 596.61 |

Net Pay: 596.61
Net Pay Y-T-D: 8,052.57

Total: 596.61       Total: 162.19   2,141.07

| Y-T-D Earnings Description | Amount | Paid Time Off Description | C/O | Accrued | Used | Available | Employer Contributions Description | Amount | Y-T-D |
|---|---|---|---|---|---|---|---|---|---|
| PER DIEM PHILA | 10,193.64 | PHIL-SICK | 16.65 | 9.01 | 0.00 | 25.66 |  |  |  |

Total: 10,193.64      ** IMPORTANT NOTES **      Total: 0.00   0.00

---

**Oasis**
A PAYCHEX company

ESS NORTHEAST, LLC
2160 Lakeside Centre Way STE 302
KNOXVILLE, TN 37922

49179450
05-09-2025

AMOUNT
**********0.00

Pay: **Non-negotiable**

To The Order Of: VERONICA ALE FLORENCE-MCPHERSON
7525 Devon Street, Philadelphia, PA
Bldg. E., Apt. E-104
PHILADELPHIA, PA 19119

Non-Negotiable

ESS NORTHEAST, LLC (300916)

2160 LAKESIDE CENTRE WAY, STE 302
KNOXVILLE, TN 37922
865-888-9244

OASIS OUTSOURCING ADMIN II, LLC
2054 VISTA PARKWAY STE 300
WEST PALM BEACH, FL 33411
OASIS WPB ESS TEAM 877-799-3035
Voucher #: 3725175 Sort Order: 5605

| Employee ID | Employee Name | Check Date | Period Start | Period End | Check No |
|---|---|---|---|---|---|
| YC7971 | VERONICA ALE FLORENCE-MCPHERSON | 05-16-2025 | 04-27-2025 | 05-03-2025 | 49232935 |

Fed Tax SS/Single    State Tax NA/0    Method Of Payment: Hourly

### CURRENT EARNINGS DETAIL

| Charge Date | Description | Rate | Hours/Units | Amount | Hours Worked | Loc | Position |
|---|---|---|---|---|---|---|---|
| 04-28-2025 | PER DIEM PHILA | 151.7600 | 1.00 | 151.76 | 6.82 | T22023 | SUB-TEACHER |
| 04-29-2025 | PER DIEM PHILA | 151.7600 | 1.00 | 151.76 | 6.82 | T22023 | SUB-TEACHER |
| 04-30-2025 | PER DIEM PHILA | 151.7600 | 1.00 | 151.76 | 6.82 | T22023 | SUB-TEACHER |
| 05-01-2025 | PER DIEM PHILA | 151.7600 | 1.00 | 151.76 | 6.82 | T22023 | SUB-TEACHER |

### DEDUCTIONS / TAXES

| Description | Amount | Y-T-D |
|---|---|---|
| FEDERAL INCOME | 33.64 | 692.50 |
| MEDICARE - EE | 8.80 | 156.61 |
| SOCIAL SEC - EE | 37.63 | 669.64 |
| PA INCOME TAX | 18.64 | 331.63 |
| PA UNEMPLOYMENT | 0.42 | 7.55 |
| PHILADELPHIA,PH | 22.76 | 405.03 |

Totals:    4.00    607.04    27.28

### DIRECT DEPOSIT

| Type | Account | Amount |
|---|---|---|
| S | 59857 | 485.15 |

Net Pay: 485.15

Net Pay Y-T-D: 8,537.72

Total: 485.15        Total: 121.89    2,262.96

### Y-T-D EARNINGS

| Description | Amount |
|---|---|
| PER DIEM PHILA | 10,800.68 |

### PAID TIME OFF

| Description | C/O | Accrued | Used | Available |
|---|---|---|---|---|
| PHIL-SICK | 16.65 | 9.69 | 0.00 | 26.34 |

### EMPLOYER CONTRIBUTIONS

| Description | Amount | Y-T-D |
|---|---|---|

Total: 10,800.68    ** IMPORTANT NOTES **    Total: 0.00    0.00

PHR_SS_OASIS_ESS_CHECKS_V2

### Oasis
A PAYCHEX company

49232935

ESS NORTHEAST, LLC
2160 Lakeside Centre Way STE 302
KNOXVILLE, TN 37922

05-16-2025

AMOUNT
**********0.00

Pay: Non-negotiable

To The Order Of:  VERONICA ALE FLORENCE-MCPHERSON
7525 Devon Street, Philadelphia, PA
Bldg. E., Apt. E-104
PHILADELPHIA, PA 19119

Non-Negotiable

```
ESS NORTHEAST, LLC (300916)                                         OASIS OUTSOURCING ADMIN II, LLC
                                                                    2054 VISTA PARKWAY STE 300
2160 LAKESIDE CENTRE WAY, STE 302                                   WEST PALM BEACH, FL 33411
   KNOXVILLE, TN 37922                                              OASIS WPB ESS TEAM 877-799-3035
865-888-9244                                                        Voucher #: 3744218  Sort Order: 5770
```

| Employee ID | Employee Name | Check Date | Period Start | Period End | Check No |
|---|---|---|---|---|---|
| YC7971 | VERONICA ALE FLORENCE-MCPHERSON | 05-23-2025 | 05-04-2025 | 05-10-2025 | 49298603 |

Fed Tax SS/Single    State Tax NA/0    Method Of Payment: Hourly

### CURRENT EARNINGS DETAIL

| Charge Date | Description | Rate | Hours/Units | Amount | Hours Worked | Loc | Position |
|---|---|---|---|---|---|---|---|
| 04-07-2025 | PER DIEM PHILA | -151.7600 | 1.00 | -151.76 | -6.82 | T22023 | SUB-TEACHER |
| 04-07-2025 | PER DIEM PHILA | 225.0000 | 1.00 | 225.00 | 6.82 | T22023 | SUB-LT-TEACHER |
| 04-08-2025 | PER DIEM PHILA | -151.7600 | 1.00 | -151.76 | -6.82 | T22023 | SUB-TEACHER |
| 04-08-2025 | PER DIEM PHILA | 225.0000 | 1.00 | 225.00 | 6.82 | T22023 | SUB-LT-TEACHER |
| 04-09-2025 | PER DIEM PHILA | -151.7600 | 1.00 | -151.76 | -6.82 | T22023 | SUB-TEACHER |
| 04-09-2025 | PER DIEM PHILA | 225.0000 | 1.00 | 225.00 | 6.82 | T22023 | SUB-LT-TEACHER |
| 04-10-2025 | PER DIEM PHILA | -151.7600 | 1.00 | -151.76 | -6.82 | T22023 | SUB-TEACHER |
| 04-10-2025 | PER DIEM PHILA | 225.0000 | 1.00 | 225.00 | 6.82 | T22023 | SUB-LT-TEACHER |
| 04-11-2025 | PER DIEM PHILA | -151.7600 | 1.00 | -151.76 | -6.82 | T22023 | SUB-TEACHER |
| 04-11-2025 | PER DIEM PHILA | 225.0000 | 1.00 | 225.00 | 6.82 | T22023 | SUB-LT-TEACHER |
| 04-21-2025 | PER DIEM PHILA | -151.7600 | 1.00 | -151.76 | -6.82 | T22023 | SUB-TEACHER |
| 04-21-2025 | PER DIEM PHILA | 225.0000 | 1.00 | 225.00 | 6.82 | T22023 | SUB-LT-TEACHER |
| | Totals: | | 33.00 | 2150.36 | 34.10 | | |

### DEDUCTIONS / TAXES

| Description | Amount | Y-T-D |
|---|---|---|
| FEDERAL INCOME | 311.81 | 1,004.31 |
| MEDICARE - EE | 31.18 | 187.79 |
| SOCIAL SEC - EE | 133.32 | 802.96 |
| PA INCOME TAX | 66.02 | 397.65 |
| PA UNEMPLOYMENT | 1.51 | 9.06 |
| PHILADELPHIA,PH | 80.64 | 485.67 |
| **Total:** | **624.48** | **2,887.44** |

### DIRECT DEPOSIT

| Type | Account | Amount |
|---|---|---|
| S | 59857 | 1,525.88 |
| | Total: | 1,525.88 |

**Net Pay:** 1,525.88
**Net Pay Y-T-D:** 10,063.60

### Y-T-D EARNINGS

| Description | Amount |
|---|---|
| PER DIEM PHILA | 12,951.04 |
| Total: | 12,951.04 |

### PAID TIME OFF

| Description | C/O | Accrued | Used | Available |
|---|---|---|---|---|
| PHIL-SICK | 16.65 | 10.54 | 0.00 | 27.19 |

### EMPLOYER CONTRIBUTIONS

| Description | Amount | Y-T-D |
|---|---|---|
| Total: | 0.00 | 0.00 |

** IMPORTANT NOTES **

PHR_SS_OASIS_ESS_CHECKS_V2

---

**Oasis** A PAYCHEX company

49298603

ESS NORTHEAST, LLC
2160 Lakeside Centre Way STE 302
KNOXVILLE, TN 37922

05-23-2025

AMOUNT: **********0.00

Pay: Non-negotiable

To The Order Of: VERONICA ALE FLORENCE-MCPHERSON
7525 Devon Street, Philadelphia, PA
Bldg. E., Apt. E-104
PHILADELPHIA, PA 19119

*Non-Negotiable*

ESS NORTHEAST, LLC (300916)

2160 LAKESIDE CENTRE WAY, STE 302
KNOXVILLE, TN 37922
865-888-9244

OASIS OUTSOURCING ADMIN II, LLC
2054 VISTA PARKWAY STE 300
WEST PALM BEACH, FL 33411
OASIS WPB ESS TEAM 877-799-3035
Voucher #: 3763579 Sort Order: 5897

| Employee ID | Employee Name | Check Date | Period Start | Period End | Check No |
|---|---|---|---|---|---|
| YC7971 | VERONICA ALE FLORENCE-MCPHERSON | 05-30-2025 | 05-11-2025 | 05-17-2025 | 49355166 |

Fed Tax SS/Single    State Tax NA/0    Method Of Payment: Hourly

### CURRENT EARNINGS DETAIL

| Charge Date | Description | Rate | Hours/Units | Amount | Hours Worked | Loc | Position |
|---|---|---|---|---|---|---|---|
| 05-12-2025 | PER DIEM PHILA | 225.0000 | 1.00 | 225.00 | 6.82 | T22023 | SUB-LT-TEACHER |
| 05-13-2025 | PER DIEM PHILA | 225.0000 | 1.00 | 225.00 | 6.82 | T22023 | SUB-LT-TEACHER |
| 05-14-2025 | PER DIEM PHILA | 225.0000 | 1.00 | 225.00 | 6.82 | T22023 | SUB-LT-TEACHER |
| 05-15-2025 | PER DIEM PHILA | 225.0000 | 1.00 | 225.00 | 6.82 | T22023 | SUB-LT-TEACHER |
| 05-16-2025 | PER DIEM PHILA | 225.0000 | 1.00 | 225.00 | 6.82 | T22023 | SUB-LT-TEACHER |

### DEDUCTIONS / TAXES

| Description | Amount | Y-T-D |
|---|---|---|
| FEDERAL INCOME | 95.80 | 1,100.11 |
| MEDICARE - EE | 16.31 | 204.10 |
| SOCIAL SEC - EE | 69.75 | 872.71 |
| PA INCOME TAX | 34.54 | 432.19 |
| PA UNEMPLOYMENT | 0.79 | 9.85 |
| PHILADELPHIA,PH | 42.19 | 527.86 |

Totals: 5.00    1125.00    34.10

### DIRECT DEPOSIT

| Type | Account | Amount |
|---|---|---|
| S | 59857 | 865.62 |

Total: 865.62

**Net Pay**: 865.62
**Net Pay Y-T-D**: 10,929.22

Total: 259.38    3,146.82

### Y-T-D EARNINGS

| Description | Amount |
|---|---|
| PER DIEM PHILA | 14,076.04 |

Total: 14,076.04

### PAID TIME OFF

| Description | C/O | Accrued | Used | Available |
|---|---|---|---|---|
| PHIL-SICK | 16.65 | 11.39 | 0.00 | 28.04 |

### EMPLOYER CONTRIBUTIONS

| Description | Amount | Y-T-D |
|---|---|---|

Total: 0.00    0.00

** IMPORTANT NOTES **

PHR_SS_OASIS_ESS_CHECKS_V2

## Oasis
A PAYCHEX company

49355166

ESS NORTHEAST, LLC
2160 Lakeside Centre Way STE 302
KNOXVILLE, TN 37922

05-30-2025

AMOUNT
***********0.00

Pay: Non-negotiable

To The Order Of: VERONICA ALE FLORENCE-MCPHERSON
7525 Devon Street, Philadelphia, PA
Bldg. E., Apt. E-104
PHILADELPHIA, PA 19119

Non-Negotiable

ESS NORTHEAST, LLC (300916)

2160 LAKESIDE CENTRE WAY, STE 302
KNOXVILLE, TN 37922
865-888-9244

OASIS OUTSOURCING ADMIN II, LL
2054 VISTA PARKWAY STE 300
WEST PALM BEACH, FL 33411
OASIS WPB ESS TEAM 877-799-30
Voucher #: 3783127 S

| Employee ID | Employee Name | | | Check Date | Period Start | Period End |
|---|---|---|---|---|---|---|
| YC7971 | VERONICA ALE FLORENCE-MCPHERSON | | | 06-06-2025 | 05-18-2025 | 05-24-2025 |
| | Fed Tax SS/Single | | | State Tax NA/0 | | |

Method Of Payment:

### CURRENT EARNINGS DETAIL

| Charge Date | Description | Rate | Hours/Units | Amount | Hours Worked | Loc | Position |
|---|---|---|---|---|---|---|---|
| 05-19-2025 | PER DIEM PHILA | 225.0000 | 1.00 | 225.00 | 6.82 | T22023 | SUB-LT-TEACHER |
| 05-21-2025 | PER DIEM PHILA | 225.0000 | 1.00 | 225.00 | 6.82 | T22023 | SUB-LT-TEACHER |

### DEDUCTIONS /

| Description | Amount |
|---|---|
| FEDERAL INCOME | 1 |
| MEDICARE - EE | |
| SOCIAL SEC - EE | 2 |
| PA INCOME TAX | 1 |
| PA UNEMPLOYMENT | |
| PHILADELPHIA,PH | 1 |

Totals:    2.00    450.00    13.64

### DIRECT DEPOSIT

| Type | Account | Amount |
|---|---|---|
| S | 59857 | 368.40 |

Net Pay: 368.40

Net Pay Y-T-D: 11,297.62

Total: 368.40

Total: 81.

### Y-T-D EARNINGS

| Description | Amount |
|---|---|
| PER DIEM PHILA | 14,526.04 |

### PAID TIME OFF

| Description | C/O | Accrued | Used | Available |
|---|---|---|---|---|
| PHIL-SICK | 16.65 | 11.73 | 0.00 | 28.38 |

### EMPLOYER CONTRIB

| Description | Amount |
|---|---|

Total: 14,526.04

** IMPORTANT NOTES **

Total: 0.

PHR_SS_OASIS_ES

**Oasis**
A PAYCHEX company

ESS NORTHEAST, LLC
2160 Lakeside Centre Way STE 302
KNOXVILLE, TN 37922

06-06-2025

Pay: Non-negotiable

To The Order Of: VERONICA ALE FLORENCE-MCPHERSON
7525 Devon St, Philadelphia, PA
PHILADELPHIA, PA 19119

Non-Negotiable