**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

**IN RE: VERONICA FLORENCE-MCPHERSON** : Bankruptcy No. 25-12012
:
:
**DEBTOR** : **Chapter 13**

**CERTIFICATION OF SERVICE**

I, Zachary Perlick, Esquire, attorney for the Debtor in the above-captioned matter, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

· Amended Plan

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Date: 11/25/25          /Zachary Perlick/
                        Zachary Perlick, Esquire
                        1420 Walnut Street, Suite 718
                        Philadelphia, PA  19102
                        (215) 569-2922
                        zack@zacharyperlicklaw.com

---

Mailing List Exhibit: (Check all that apply. If via e-mail, include e-mail address. Continue to the next page if necessary.)
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106
215 627 1322
dcarlon@kmllawgroup.com
Creditor

Via: <u>X</u> CM/ECF   ___1st Class Mail ____Certified Mail ____e-mail:_____ __ Other:

KENNETH E. WEST, Esquire
Office of the Chapter 13 Standing Trustee
190 N. Independence Mall West Suite 701
Philadelphia, PA 19106

Via: <u>X</u> CM/ECF   ___1st Class Mail __Certified Mail _____e-mail:_____ __ Other:

Office of the United States Trustee
Robert N.C. Nix Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107

Via: <u>X</u> CM/ECF   ___1st Class Mail __Certified Mail _____e-mail:_____ __ Other:

Veronica A. Florence-McPherson
7525 Devon Street
Apt. E-104
Philadelphia, PA 19119
Debtor

Via: __CM/ECF  <u>X</u> 1st Class Mail __Certified Mail _____e-mail:_____ __ Other:

All creditors on the attached list

Via: __CM/ECF  <u>X</u> 1st Class Mail __Certified Mail _____e-mail:_____ __ Other:

| | |
|---|---|
| **Abington Emergency Physician**<br>56 W. main Street, Suite 305<br>Newark, DE 19702 | (15010604)<br>(cr) |
| **Abington Memorial Hospital**<br>PO Box 786331<br>Philadelphia, PA 19178 | (15010605)<br>(cr) |
| **AES/PHEAA**<br>PO Box 61047<br>Harrisburg, PA 17106 | (15010606)<br>(cr) |
| **Clayton & McCulloh**<br>1065 Maitland Center Commons Blvd.<br>Maitland, FL 32751 | (15010607)<br>(cr) |
| **ECMC**<br>PO Box 16408<br>Saint Paul, MN 55116 | (15010608)<br>(cr) |
| **Enhanced Recovery Company**<br>PO Box 57547<br>Jacksonville, FL 32241 | (15010609)<br>(cr) |
| **Internal Revenue Service**<br>Centralized Insolvency Operation<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | (15010610)<br>(cr) |
| **Jefferson Capital Systems**<br>PO Box 7999<br>Saint Cloud, MN 56302-9617 | (15010611)<br>(cr) |
| **Minute Clinic of Florida**<br>POB 8445<br>Belfast, ME 04915 | (15010612)<br>(cr) |
| **PA Department of Revenue**<br>Bureau of Compliance<br>Dept. 280946<br>Harrisburg, PA 17128-0946 | (15010613)<br>(cr) |
| **Pennsylvania Department of Revenue**<br>Bankruptcy Division PO BOX 280946<br>Harrisburg, PA 17128 | (15011096)<br>(cr) |
| **Philadelphia Federal Credit Union**<br>12800 Townsend Rd<br>Philadelphia, PA 19154 | (15010614)<br>(cr) |

| | |
|---|---|
| **REALMANAGE**<br>POB 98404<br>Phoenix, AZ 85038-0404 | (15010615)<br>(cr) |
| **Solivita Community Association, Inc.**<br>Steven L. Sugarman & Associates<br>Elliott H. Berton, Esquire 1273 Lancaste<br>Berwyn, PA 19312 | (15010616)<br>(cr) |
| **Solivita Community Association, Inc.**<br>c/o Elliot H. Berton, Esquire<br>Gawthrop Greenwood, PC<br>1273 Lancaster Avenue<br>Berwyn, PA 19312 | (15026804)<br>(cr) |
| **The Solivita Club**<br>c/o Steven L. Sugarman & Associates<br>Elliot H. Berton, Esquire 1273 Lancaster<br>Berwyn, PA 19312 | (15010617)<br>(cr) |
| **Watson Mortgage Corporation**<br>C/O Denise Carlon<br>701 Market Street, Ste. 5000<br>Philadelphia, PA 19106-1532 | (15022089)<br>(ntcapr) |
| **Watson Mortgage Corporation**<br>4685 Sunbeam Road<br>Suite 1<br>Jacksonville, FL 32257 | (15010618)<br>(cr) |
| **Watson Mortgage Corporation**<br>4685 Sunbeam Road Suite 1<br>Jacksonville, FL 32257 | (15033154)<br>(cr) |
| **WATSON MORTGAGE CORPORATION**<br>C/O KML Law Group<br>701 Market Street Suite 5000<br>Philadelphia, PA. 19106 | (15021911)<br>(ntcapr) |
| **Wells Fargo Bank**<br>PO Box 10347<br>Des Moines, IA 50306-6412 | (15010619)<br>(cr) |