United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                              Case No. 25-12012-amc

Veronica A. Florence-McPherson                                                      Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                          User: admin                                 Page 1 of 2
Date Rcvd: May 05, 2026                       Form ID: pdf900                          Total Noticed: 21

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 07, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Veronica A. Florence-McPherson, 7525 Devon Street, Apt. E-104, Philadelphia, PA 19119-1005 |
| 15010604 | + | Abington Emergency Physician, 56 W. main Street, Suite 305, Newark, DE 19702-1503 |
| 15010605 | + | Abington Memorial Hospital, PO Box 786331, Philadelphia, PA 19178-6331 |
| 15010607 | + | Clayton & McCulloh, 1065 Maitland Center Commons Blvd., Maitland, FL 32751-7437 |
| 15010612 | + | Minute Clinic of Florida, POB 8445, Belfast, ME 04915-8445 |
| 15010615 | | REALMANAGE, POB 98404, Phoenix, AZ 85038-0404 |
| 15010616 | + | Solivita Community Association, Inc., Steven L. Sugarman & Associates, Elliott H. Berton, Esquire 1273 Lancaste, Berwyn, PA 19312-1244 |
| 15026804 | #+ | Solivita Community Association, Inc., c/o Elliot H. Berton, Esquire, Gawthrop Greenwood, PC, 1273 Lancaster Avenue, Berwyn, PA 19312-1244 |
| 15010617 | + | The Solivita Club, c/o Steven L. Sugarman & Associates, Elliot H. Berton, Esquire 1273 Lancaster, Berwyn, PA 19312-1244 |
| 15022089 | + | Watson Mortgage Corporation, C/O Denise Carlon, 701 Market Street, Ste. 5000, Philadelphia, PA 19106-1541 |
| 15010618 | + | Watson Mortgage Corporation, 4685 Sunbeam Road, Suite 1, Jacksonville, FL 32257-6369 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | May 06 2026 02:04:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| 15010606 | + | Email/Text: bncnotifications@pheaa.org | May 06 2026 02:03:00 | AES/PHEAA, PO Box 61047, Harrisburg, PA 17106-1047 |
| 15010608 | + | Email/Text: ECMCBKNotices@ecmc.org | May 06 2026 02:04:00 | ECMC, PO Box 16408, Saint Paul, MN 55116-0408 |
| 15010610 | | Email/Text: sbse.cio.bnc.mail@irs.gov | May 06 2026 02:03:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15010611 | | Email/Text: JCAP_BNC_Notices@jcap.com | May 06 2026 02:04:00 | Jefferson Capital Systems, PO Box 7999, Saint Cloud, MN 56302-9617 |
| 15010613 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 06 2026 02:04:00 | PA Department of Revenue, Bureau of Compliance, Dept. 280946, Harrisburg, PA 17128-0946 |
| 15010614 | | Email/Text: CollectionsDept@PFCU.COM | May 06 2026 02:03:00 | Philadelphia Federal Credit Union, 12800 Townsend Rd, Philadelphia, PA 19154 |
| 15011096 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 06 2026 02:04:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA |

District/off: 0313-2                         User: admin                              Page 2 of 2

Date Rcvd: May 05, 2026                      Form ID: pdf900                          Total Noticed: 21

|   |   |   |   | 17128-0946 |
|---|---|---|---|---|
| 15021911 | ^ | MEBN | May 06 2026 01:57:33 | WATSON MORTGAGE CORPORATION, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 15010619 | + | Email/PDF: ais.BankruptcynoticesCCSBKOperations@aisinfo.com | May 06 2026 03:04:31 | Wells Fargo Bank, PO Box 10347, Des Moines, IA 50306-0347 |

TOTAL: 10

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 15010620 | | Woodbrook Lane Assoc. |
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 15033154 | *+ | Watson Mortgage Corporation, 4685 Sunbeam Road Suite 1, Jacksonville, FL 32257-6369 |
| 15010609 | ##+ | Enhanced Recovery Company, PO Box 57547, Jacksonville, FL 32241-7547 |

TOTAL: 1 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 07, 2026                   Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 5, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MATTHEW K. FISSEL | on behalf of Creditor WATSON MORTGAGE CORPORATION bkgroup@kmllawgroup.com matthew.fissel@brockandscott.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| ZACHARY PERLICK | on behalf of Debtor Veronica A. Florence-McPherson Perlick@verizon.net pireland1@verizon.net;esquire.zacharyp.b123075@notify.bestcase.com |

TOTAL: 4

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:    VERONICA FLORENCE-    :    CHAPTER 13
          MCPHERSON              :
                                 :
          DEBTOR                 :    BANKRUPTCY No. 25-12012AMC

ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE FOR
APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES

AND NOW, consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee ("the Trustee"), and after notice and hearing, it is hereby ORDERED that:

1. This chapter 13 bankruptcy case is DISMISSED.

2. Counsel for the Debtor shall file a master mailing list with the Clerk of the Bankruptcy Court if such has not been previously filed.

3. Any wage orders previously entered are VACATED.

4. Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case. All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

5. All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within twenty (20) days of the entry of this Order.

6. **Promptly after the expiration of the time period set forth in Paragraph 5 above, Counsel for the Debtor shall file either**: (a) a Certification of No Response confirming that neither an objection to the proposed compensation nor an application for administrative expense has been filed or (b) a Certification that an objection or an application has been filed (after which the Clerk shall schedule a hearing on all such applications).

7. If no Certification, as required above in Paragraph 6 has been entered on the docket within sixty three (63) days of the entry of this Order, then the Standing Trustee shall: (a) if any applications for administrative expenses other than Debtor(s)' Counsel's have been filed, request a hearing thereon or, (b) if no such applications have been filed, return the undistributed chapter 13 plan payments in his possession to Debtor(s) pursuant to 11 U.S.C. §1326 (a)(2).

BY THE COURT:

THE HONORABLE ASHELY M. CHAN

Dated:  May 5, 2026